UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROLAND THOMAS MARTINO and
LESA MARIA MARTINO,

     Petitioners,

v.                               Case No: 8:21-cv-1636-KKM-JSS

PAMELA CAMPBELL,
CHRISTOPHER SCALZI and
MEMBERS TRUST COMPANY
FSB,

     Respondents.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Petitioner's Motion to Add Party ("Motion"). (Dkt. 14.) Petitioner seeks leave to add an additional respondent to her Petition for Habeas Corpus, brought on behalf of her father, Roland Martino. On September 17, 2021, the undersigned recommended that the Court dismiss the Petition with and without prejudice and grant leave to amend the pleading and retain counsel. (Dkt. 16.) Accordingly, it is **RECOMMENDED** that Petitioner's Motion to Add Party be **DENIED** as moot.

**IT IS SO REPORTED** in Tampa, Florida, on September 17, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

## <u>NOTICE TO PARTIES</u>

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Copies furnished to:
The Honorable Kathryn Kimball Mizelle
Counsel of Record
Unrepresented Parties